IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD STEWART,  
      Petitioner,  
  v.  
RODERICK Q. HICKMAN, Secretary of the California Department of Corrections and Rehabilitation  
      Respondent.

No. C 05-04144 WHA

**ORDER RE FURTHER BRIEFING**

    The Court is in receipt of petitioner's amended petition and memorandum. Respondent has until noon, February 13, 2006, to submit any answer. Such an answer is not required. If it is filed, however, it should address only the issues and facts raised for the first time in the amended petition and memorandum. If an answer is filed, petitioner has until the earlier of the following dates to file a traverse, again limited to new issues: noon, February 22, 2006, or six days after the traverse is filed.

    **IT IS SO ORDERED.**

Dated: January 23, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE