IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEWART, | No. C 05-04144 WHA |
| Petitioner, | |
| v. | **CORRECTED ORDER RE FURTHER BRIEFING** |
| RODERICK Q. HICKMAN, Secretary of the California Department of Corrections and Rehabilitation | |
| Respondent. | |

The Court's order dated January 23, 2006, was in error and is superceded as follows. Respondent has through March 21, 2006, to submit any answer. The answer may address all relevant issues. The traverse is due on the earlier of April 20, 2006, or 30 days after the answer is filed. The traverse may address all appropriate issues.

**IT IS SO ORDERED.**

Dated: January 24, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE