IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEWART,<br><br>    Petitioner,<br><br>  v.<br><br>JEANNE S. WOODFORD, Acting Secretary, California Department of Corrections and Rehabilitation,<br><br>    Respondent.<br>_____/ | No. C 05-04144 WHA<br><br><br><br>**ORDER CHANGING CASE NAME AND NOTICING LATE FILING** |

    Roderick Hickman has resigned as secretary of the Department of Corrections and Rehabilitation. The **NAME FOR THE CASE IS THEREFORE CHANGED**, pursuant to Federal Rule of Civil Procedure 25(d)(1), by replacing Mr. Hickman with Jeanne S. Woodford as respondent.

    The Court ordered Mr. Hickman answer the petition by March 21, 2006. No answer or request to enlarge time has been filed. If respondent does not file a request to enlarge time that complies with Civil Local Rule 6-2 or 6-3 by Friday, March 24, 2006, a case management conference will be scheduled, requiring counsel to appear in person before the Court.

    **IT IS SO ORDERED.**

Dated: March 22, 2006

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE